McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
JENNIFER E. DAVIS
Certified Law Clerk
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 08-mj-431-EFB |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INFORMATION AND ORDER |
| v. | |
| KARAJ SINGH BHULLAR, | DATE: January 20, 2009 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Edmund F. Brennan |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing the Information.

Dated: December 16, 2008        McGREGOR SCOTT
                                United States Attorney


                                By: /s/ S. Robert Tice-Raskin
                                    S. ROBERT TICE-RASKIN
                                    Assistant U.S. Attorney


O R D E R

IT IS SO ORDERED:

DATED: December 17, 2008

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE